UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN PAVLEKOVICH and TAMARA PAVLEKOVICH, <br><br> Plaintiffs, <br><br> v. <br><br> NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, BARRY AND LISA CADDEN, and GREGORY CONIGLIARO, <br><br> Defendants. | CIVIL ACTION NO: 3:12-CV-819-RL-CAN |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a), all actions against NECC are stayed.

LEWIS WAGNER LLP


By: _/s/ Dina M. Cox_
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
*Attorneys for Defendant, New England Compounding Pharmacy, Inc.*

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 27, 2012 using the CM/ECF system which sent notification of this filing to the following:

Douglas D. Small
FOLEY & SMALL
1002 E Jefferson Blvd
South Bend IN  46617
*Counsel for Plaintiffs*

         */s/ Dina M. Cox*
        DINA M. COX

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
dcox@lewiswagner.com
Q:\NECC\21 - Pavlekovich\Federal Pleadings\Notice of Stay_Bankruptcy.docx